UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Armacell LLC, <br><br> Plaintiff, <br><br> v. <br><br> Bailey Sales & Associates Inc., <br><br> Defendant. | No. C19-506 RSM <br><br> STIPULATED MOTION AND ORDER LIFTING DEADLINES AND SETTING STATUS REPORT |

**STIPULATION**

Plaintiff Armacell LLC ("Armacell") and Defendant Bailey Sales & Associates Inc. ("Bailey Sales") are engaging in good faith settlement discussions scheduled to take place over the next six weeks. To support those discussions, and in order to avoid litigation costs and potentially unnecessary judicial resources, the parties agree and respectfully request that case deadlines and pending motion practice be stayed during the period scheduled for settlement discussions. Therefore, by this stipulated motion, the parties seek relief from the Order Regarding Initial Disclosures and Joint Status Report (Dkt. 36), so that the deadlines therein can be postponed until after the settlement discussion period, and thereby potentially avoided. The parties further agree that Armacell's motion to dismiss (Dkt. 46) should be taken off calendar for

STIPULATED MOTION AND ORDER LIFTING
DEADLINES AND SETTING STATUS REPORT
(No. 2:19-cv-00506-RSM) - 1

101928623.2 0070284-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

the June 7, 2019 note date, subject to re-notice in the future if settlement discussions are unsuccessful.

To insure this matter remains active on the Court's docket and to avoid undue delay if settlement discussions are not successful, the parties stipulate and agree to provide a status report to the Court by no later than June 28, 2019.

DATED this 15th day of May, 2019.

| SUMMIT LAW GROUP | STOEL RIVES LLP |
|---|---|
| s/ Philip McCune<br>Philip S. McCune, WSBA No. 21081<br>315 5th Ave. S., Suite 1000<br>Seattle, WA 98104<br>Telephone: 206-676-7038<br>philm@summitlaw.com | s/ Vanessa Power<br>Vanessa Soriano Power, WSBA No. 030777<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206-624-0900<br>vanessa.power@stoel.com |
| Pressly M. Millen, *pro hac vice*<br>Samuel B. Hartzell, *pro hac vice*<br>WOMBLE BOND DICKINSON LLP<br>555 Fayetteville St., Suite 1100<br>Raleigh, NC 27601<br>Telephone: 919-755-2135<br>press.millen@wbd-us.com | Daniel E. Beederman, *pro hac vice*<br>Matthew P. Tyrrell, *pro hac vice*<br>SCHOENBERG FINKEL NEWMAN &<br>ROSENBERG LLC<br>222 South Riverside Plaza, Suite 2100<br>Chicago, IL 60606<br>Telephone: 312-648-2300<br>daniel.beederman@sfnr.com<br>matthew.tyrrell@sfnr.com |
| *Attorneys for Plaintiff Armacell LLC* | *Attorneys for Defendant Bailey Sales & Associates Inc.* |

STIPULATED MOTION AND ORDER LIFTING
DEADLINES AND SETTING STATUS REPORT
(No. 2:19-cv-00506-RSM) - 2

101928623.2 0070284-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

# ORDER

The Stipulated Motion is **GRANTED**. The parties shall file a status report with the Court by June 28, 2019.

DATED this 16th day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| SUMMIT LAW GROUP | STOEL RIVES LLP |
|---|---|
| s/ Philip McCune<br>Philip S. McCune, WSBA No. 21081<br>315 5th Ave. S., Suite 1000<br>Seattle, WA 98104<br>Telephone: 206-676-7038<br>philm@summitlaw.com | s/ Vanessa Power<br>Vanessa Soriano Power, WSBA No. 030777<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206-624-0900<br>vanessa.power@stoel.com |
| Pressly M. Millen, *pro hac vice*<br>Samuel B. Hartzell, *pro hac vice*<br>WOMBLE BOND DICKINSON LLP<br>555 Fayetteville St., Suite 1100<br>Raleigh, NC 27601<br>Telephone: 919-755-2135<br>press.millen@wbd-us.com | Daniel E. Beederman, *pro hac vice*<br>Matthew P. Tyrrell, *pro hac vice*<br>SCHOENBERG FINKEL NEWMAN & ROSENBERG LLC<br>222 South Riverside Plaza, Suite 2100<br>Chicago, IL 60606<br>Telephone: 312-648-2300<br>daniel.beederman@sfnr.com<br>matthew.tyrrell@sfnr.com |
| *Attorneys for Plaintiff Armacell LLC* | *Attorneys for Defendant Bailey Sales & Associates Inc.* |

STIPULATED MOTION AND ORDER LIFTING
DEADLINES AND SETTING STATUS REPORT
(No. 2:19-cv-00506-RSM) - 3

101928623.2 0070284-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*