UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMACELL LLC

           Plaintiff,

v.

BAILEY SALES & ASSOCIATES INC.,

           Defendant.

CASE NO. C19-0506 RSM

STIPULATED MOTION, STATUS REPORT AND ORDER CONTINUING DEADLINES AND SETTING SECOND STATUS REPORT

**STIPULATION**

This Court previously continued deadlines in its Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 36), so that the parties, Plaintiff Armacell LLC ("Armacell") and Defendant Bailey Sales & Associates Inc. ("Bailey Sales"), could conduct settlement negotiations that the parties believed could relieve the Court and the litigants of the burden of this litigation. That Order (Dkt. No. 48), required that the parties provide a status report regarding those negotiations to the Court by June 28, 2019.

**Status Report**. Information gathering necessary for substantive negotiations took longer than the parties expected. Nonetheless, they now have the benefit of needed information and are engaged in serious good faith settlement discussions that require a short additional period to complete.

To support those discussions, and in order to avoid litigation costs and potentially unnecessary judicial resources, including briefing and arguing an otherwise active motion to

STIPULATED MOTION, STATUS REPORT AND ORDER
CONTINUING DEADLINES AND SETTING SECOND
STATUS REPORT - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1 | dismiss, the parties agree and respectfully request that case deadlines and pending motion practice
2 | continue to be stayed while settlement discussions continue.

**Stipulated Motion**.  Therefore, by this stipulated motion, the parties seek to extend the relief provided in the Court's Order (Dkt. No. 48), for four more weeks with respect to the Order Regarding Disclosures and Joint Status Report (Dkt. No. 36), so that the deadlines therein remain postponed until after the settlement discussion period, and thereby avoided.  The parties further agree that Armacell's motion to dismiss (Dkt. No. 46), having been taken off the Court's calendar, is subject to re-notice in the future if settlement discussions are unsuccessful.

To insure this matter remains active on the Court's docket and to avoid undue delay if settlement discussions are not successful, the parties stipulate and agree to provide a second status report to the Court by no later than July 26, 2019.

///

///

///

STIPULATED MOTION, STATUS REPORT AND ORDER
CONTINUING DEADLINES AND SETTING SECOND
STATUS REPORT - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 26th day of June, 2019.

| SUMMIT LAW GROUP, PLLC | STOEL RIVES LLP |
|---|---|
| s/ Philip McCune | s/ Vanessa Power |
| Philip S. McCune, WSBA No. 21081 | Vanessa Soriano Power, WSBA No. 030777 |
| 315 Fifth Avenue S., Suite 1000 | 600 University Street, Suite 3600 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Telephone: 206-676-7038 | Telephone: 206-624-0900 |
| philm@summitlaw.com | vanessa.power@stoel.com |
| | |
| Pressly M. Millen, *pro hac vice* | Daniel E. Beederman, *pro hac vice* |
| Samuel B. Hartzell, *pro hac vice* | Matthew P. Tyrrell, *pro hac vice* |
| WOMBLE BOND DICKINSON LLP | SCHOENBERG FINKEL NEWMAN & ROSENBERG LLC |
| 555 Fayetteville St., Suite 1100 | 222 South Riverside Plaza, Suite 2100 |
| Raleigh, NC 27601 | Chicago, IL 60606 |
| Telephone: 919-755-2135 | Telephone: 312-648-2300 |
| press.millen@wbd-us.com | daniel.beederman@sfnr.com |
| | matthew.tyrrell@sfnr.com |
| ***Attorneys for Plaintiff Armacell LLC*** | |
| | ***Attorneys for Defendant Bailey Sales & Associates Inc.*** |

**ORDER**

The Stipulated Motion is **GRANTED**. The parties shall file a status report with the Court by July 26, 2019.

DATED this 28th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION, STATUS REPORT AND ORDER CONTINUING DEADLINES AND SETTING SECOND STATUS REPORT - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

| | |
|---|---|
| SUMMIT LAW GROUP, PLLC | STOEL RIVES LLP |
| *s/ Philip S. McCune* | *s/ Vanessa Power* |
| Philip S. McCune, WSBA No. 21081 | Vanessa Soriano Power, WSBA No. 030777 |
| 315 Fifth Avenue S., Suite 1000 | 600 University Street, Suite 3600 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Telephone: 206-676-7038 | Telephone: 206-624-0900 |
| *philm@summitlaw.com* | *vanessa.power@stoel.com* |
| | |
| Pressly M. Millen, *pro hac vice* | Daniel E. Beederman, *pro hac vice* |
| Samuel B. Hartzell, *pro hac vice* | Matthew P. Tyrrell, *pro hac vice* |
| WOMBLE BOND DICKINSON LLP | SCHOENBERG FINKEL NEWMAN & ROSENBERG LLC |
| 555 Fayetteville St., Suite 1100 | 222 South Riverside Plaza, Suite 2100 |
| Raleigh, NC 27601 | Chicago, IL 60606 |
| Telephone: 919-755-2135 | Telephone: 312-648-2300 |
| *press.millen@wbd-us.com* | *daniel.beederman@sfnr.com* |
| | *matthew.tyrrell@sfnr.com* |
| ***Attorneys for Plaintiff Armacell LLC*** | ***Attorneys for Defendant Bailey Sales & Associates Inc.*** |

STIPULATED MOTION, STATUS REPORT AND ORDER CONTINUING DEADLINES AND SETTING SECOND STATUS REPORT - 4

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001